FILED

1  Name: Thomas Lillard

2  Address: 33752 Violet Lantern

3  #A Dana Point CA 92629

4  Phone: 949-235-2270

5  Fax: _____

6  In Pro Per

2018 JUL -9  PM 1:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10  Thomas Lillard and Group                CASE NUMBER: **CV 18 - 1207 - CJC (KESx)**

11

12                              Plaintiff     To be supplied by the Clerk of
                                              The United States District Court

13  Sheryl Edgar           v.

14  A Center for Children and Family

15  Law                                       **COMPLAINT**

16                              Defendant(s).

17

18

19

20

21

22

23

24

25

26

27

28  78  7-10-18

CV-126 (09/09)              PLEADING PAGE FOR A COMPLAINT

To :

**NICOLA T. HANNA**
**DOROTHY A. SCHOUTEN**
**ROBYN-MARIE LYON MONTELEONE**
**GRACE Y. PARKS**
**Federal Building**
**300 North Los Angeles Street, Suite 7516**
**Los Angeles, California 90012**
**Telephone: (213) 894-3551**
**Facsimile: (213) 894-7819**

**June 30, 2018**

We are hereby submitting a group request for an ~~investigation~~ by the US Department of
Justice of violations of federal law by

A Center for Children & Family Law (CFCFL)
1111 W Chapman Ave, Orange, CA 92868
Phone: (714) 937-1234
Email: Sheryl@centerforchildren.com

This was for actions that included overbilling, embezzlement, lying to Clients, and lying to
the Judges.  The individual experiences of the victims in this group demonstrates a systematic
pattern of behavior that could include violations of federal statutes, such as:

- 18 U.S.C. §1621. Perjury
- 18 U.S.C. §1341: Elements of Mail Fraud
  - to knowingly and with intent to defraud, devise and intend to devise a scheme and
    artifice to defraud and to obtain money from consumers, by means of materially
    false and fraudulent pretenses, representations and promises and by omissions of
    material facts, and for the purpose of executing and attempting to execute the
    scheme and artifice to defraud, to cause a matter and thing to be delivered by the
    United States Postal Service and by private and commercial  interstate carrier,
    according to the directions thereon, in violation of Title 18, United States Code,
    Section 1341 ; and

- 18 U.S.C. §1343: Fraud by Wire, Radio, or Television
  - to knowingly and with intent to defraud, devise and intend to devise a scheme and
    artifice to defraud and to obtain money from consumers, by means of materially
    false and fraudulent pretenses, representations and promises and by omissions of
    material facts, and for the purpose of executing the scheme and artifice to defraud,
    to cause to be transmitted certain writings, signs, signals, pictures and sounds, by
    means of wire communication in interstate and foreign commerce, in violation of
    Title 18, United States Code, Section 1343.

1

- 18 U.S.C. §1349: Conspiracy to Commit Mail and Wire Fraud
  - o In violation of Title 18, United States Code, Section 1349, it was their goal to enrich themselves unlawfully by defrauding consumers, the manner and means by which was accomplished and consisted, among other things, of the following:
    - try to collect on incorrect balances, and pressure consumers to make payments, relying on inaccurate statements.
    - threatening and deceiving consumers to collect on debts they should have known were inaccurate or had other problems.   This includes using a debt collection agency, with a history of not allowing consumers to defend themselves, without having a court order judgement awarding the debt, lacking documentation, and unenforceable.
    - attempted to collect debts that they knew, or should have known, were inaccurate or could not legally be enforced based on invalid contracts, contractual disclaimers, past practices, or consumer disputes.

- 18 U.S.C. §371: Conspiracy to commit offense or to defraud United States
  - o collecting payments by pressuring consumers with false statements, a "truly heinous" criminal overbilling scheme that includes threatening consumer access to their children, and threatening to negatively influence a judge if the false statements were not paid in violation of Title 18 United States Code, Section 371.

- 31 U.S.C. §3729. False Claims Act
- Title 18 of U.S.C. § 875 Extortion
- 28 U.S.C. §7207. Fraudulent returns, statements, or other documents
- 18 U.S.C. Chapter 31. Embezzlement
- 18 U.S. Code Chapter 73. Obstruction of Justice
- 18 U.S.C. §1512(b). use of deception or corruption or intimidation to prevent the production of evidence
- 18 U.S.C. §1512(c). destruction or concealment of evidence or attempts to do so
- 18 U.S.C. §1512(d). witness harassment to prevent the production of evidence
  - o In violation of Title 18, United States Code, Section 2 increasing the charges invoiced to consumers by inflating and falsifying the amount of their billable hours and billing for conferences, phone calls and meetings that did not occur and submitting these monthly invoices by email, United States mail.
- 28 U.S.C. §1621 - Unsworn declarations under penalty of perjury
- 18 U.S.C. §§1961-1968 Racketeering Influenced and Corrupt Organizations
- 42 U.S.C. §1983 Denial to meaningful access to Court
- 42 U.S.C. §1985. Conspiracy to interfere with civil rights
- 42 U.S.C. §1986. Action for neglect to prevent.
- 18 U.S.C. §241: Conspiracy Against Rights
- 18 U.S.C. §242: Deprivation of Rights Under the Color of Law
- Title IV 40001-40703 VAWA

2

- US Constitution
  - Fourth Amendment- Illegal Seizure of a Child, Denial of Equal Protection and of
    Due Process; Denial of Family Rights and of Bodily and Emotional Integrity

CFCFL were in most cases appointed by the Orange County Court. However, even in cases
where they were not court appointed and there are no children in the matter, they act with
absolute impunity with their financial fraud schemes. They have even tried to blacklist and
blackmail victims by telling a different attorney hired to replace them not to take the case.

Because of their special relationship with the court, they behave with impunity in Orange
County cases regarding their billing practices, their dishonest and fraudulent actions, as well as
their callous indifference to the lives they have ruined and financially bankrupted in addition to
the tax payers they have defrauded when overbilling Orange County.

This organization has turned children and child abuse into a cottage industry in Orange
County. They try to silence anyone who asks questions about their billing practices,
manipulation of Judges, parents, children and other professionals, or who speak out against these
billing practices. This is a systemic problem with CFCFL, where the practice and policy of
CFCFL is to manipulate the system so they cover up their unethical and illegal billing practices.

We respectfully request an investigation into CFCFL by the US Department of Justice, and
action be taken on their misconduct; just as the USDOJ did in Exhibit thirteen with findings of
due process violations in 2015 in the St. Louis County Family Court.

Attached are some of the documented evidence in each of the cases. The US Department of
Justice can contact individual victims in this group, if it requires additional information for its
investigation.


Thank You,

Mike Simpfenderfer and Taylor Simpfenderfer
16911 Bellflower Blvd, Bellflower CA 90706
Phone: 562-714-2158
Email: loans4yourhome@yahoo.com

Ruby Dillon
Phone: 778-960-7829
Email: rubydillondds@gmail.com


Tammy Noergaard
1361 Spectrum, Irvine, CA 92618
Phone: 949-842-5942
Email: tammynoergaard@yahoo.com

Thomas Lillard
Email1: tom@iwaterscapes.com
Email2: Thomaslillard@protonmail.com

Michael Snyder, D.C.
1607 Haven Place, Newport Beach, CA
Phone: 714-928-0595
Email: msnyder@gmail.com

Gary Wise
Phone: 949-586-1385
Email: gw7231@gmail.com

Marlon Hernandez
Executive Protection
Self Employed
Phone: (714) 260-1090
Email: h.marlon@ymail.com

Charlene Funk
Phone: 949-257-3348
Email: charfunk500@gmail.com

Simin Costa
P.O. Box 10371
Newport Beach, CA 92658
Email: wellness@protonmail.com

Daisy Doan
Phone: 714-726-5947
Email: daisydoan92840@yahoo.com

Tina McHenry
Email: tinamchenry64@gmail.com
Phone: 949-289-2137

Marina Guccione
22893 Via Cereza
Mission Viejo, CA 92691
Phone: 949-322-5140
Email: income_taxes@hotmail.com

Rob Huntington
Phone: (626) 912-0122
Email: rhuntington@puentehillstoyota.com

Nicole Amadril
14152 Barber St.
Westminster, CA 92683
Email: Namadril@gmail.com
Phone: 714-943-3164

Russel McQuade
Phone: 714-655-9736
Email: russelmcquade@gmail.com

**4**

# EXHIBIT LIST

Exhibit one. Mike Simpfenderfer and Taylor Simpfenderfer Summary and Records  (pp 6 - 67)

Exhibit two. Gary Wise Summary and Records  (pp68 - 128)

Exhibit three. Daisy Doan Summary and Records  (pp 129 - 149)

Exhibit four. Tammy Noergaard Summary and records  (pp 150 -292)

Exhibit five. Marina Guccione Summary and Records  (pp 293 -323)

Exhibit six. Charlene Funk Summary and Records  (pp 324 - 363)

Exhibit seven. Rob Huntington Summary and Records  (pp364 - 365)

Exhibit eight. Simin Costa Summary and Records  (pp366 - 385)

Exhibit nine. Michael Snyder Summary and Records  (pp 386 - 1015)

Exhibit ten. Nicole Amadril Summary and Records  (pp 1016 - 1024)

Exhibit eleven. Russel McQuade Summary and Records  (pp 1025 - 1036)

Exhibit twelve. Tina McHenry Summary and Records  (pp 1037 - 1055)

Exhibit thirteen. USDOJ Report  (pp 1056 - 1117)

Exhibit fourteen. Thomas Lillard Summary and Records  (pp 1118 - 1218)

**EXHIBIT ONE. MIKE SIMPFENDERFER AND TAYLOR
SIMPFENDERFER SUMMARY AND RECORDS**

1

May 19, 2018

**NICOLA T. HANNA**
**DOROTHY A. SCHOUTEN**
**ROBYN-MARIE LYON MONTELEONE**
**GRACE Y. PARKS**
**Federal Building**
**300 North Los Angeles Street, Suite 7516**
**Los Angeles, California 90012**
**Telephone: (213) 894-3551**
**Facsimile: (213) 894-7819**

This letter is in support of the group case concerning the dishonest and fraudulent conduct of the Center for Children and Family Law (CFCFL).

They were appointed by the Orange County Court. Because they are appointed by the court, they behave with impunity in Orange County cases regarding their billing practices, their dishonest and fraudulent actions, as well as their callous indifference to the lives they have ruined and financially bankrupted. This includes:

- [See Exhibits 1-3 and 1-15] Fraud occurred, as a review of family law case file VD038940 Los Angeles County Superior Court in Norwalk CA will show documents/pleadings/declarations that I was billed for from the Center for Children and Family Law were not presented.
- Center for Children and Family Law, Inc. used the USPS to bill me, as well as the Internet [See Exhibit 1-16] to collect payment from my credit/debit card.
    o July 1, 2011 billing mailed there were four letters sent (June 1st for 2 letters and June 3rd for 2 letters); time billed. Copies of the letters never provided. Payment was provided for services not provided and billed through the mail.
    o November 1 2010 billing Oct 20th fax to counsel billed. Copy never provided. Time billed. Payment was provided for services not provided and billed through the mail.
    o November 1 2011 billing Sept 1st letter to counsel never provided. Sept 15th letter to counsel never provided. Copies of letters never provided yet billed. Payment was provided for services not provided and billed through the mail.
    o A review of Los Angeles County Superior Court case VD038940 shows not one document filed by attorneys at Center for Children and Family Law, yet billings exceeded $4,000. Payment was provided for services not provided and billed through the mail.
- Upon investigation I believe billings for huddle meetings were an organized effort by the Center For Children and Family Law, Inc. to bill clients with no proof these meetings occurred as reflected by their billings. This reflects the same behavior as with the "give me five" billings that were uncovered by the FBI during the Jack Abramoff scandal on Capitol Hill in Washington DC in 2006.

2

- [See Exhibit 3-2] The fact the Center For Children and Family Law, Inc. credited Gary Wise when he protested yet continued billing other clients who did not know they, too, should object is evidence of a conspiracy to commit fraud.
- [See Exhibit 1-2] I also have the May 2011 court order where she made sure she would get regular monthly payments, yet a sexual assault victim who was assaulted at the age of 13 got nothing.
- [See Exhibit 1-1] The Center for Children and Family Law, Inc. was supposed to represent the children and their best interests:
    o Though a CLETS order was in place and violated by the step father July 2010, nothing happened because the Center For Children and Family Law, Inc. did nothing.
    o LA Co Sheriff's department admitted in a letter received in 2013 that those on duty that night failed to do what they should have done, arrest the step father, because the Center For Children and Family Law, Inc. did nothing.
    o A CLETS order was reduced to a stay away order for a victim of crime who was sexually assaulted by a 6'5" 250lb step father. Center For Children and Family Law, Inc. negotiated this change to help the perpetrator, yet she was supposed to represent the interests of my daughters.
    o Center For Children and Family Law, Inc. engineered the permanent separation of biological sisters. My daughter Taylor, because she disclosed the sexual assault, was permanently separated from her younger sister who was two years younger.
    o Though required, the step father never completed an agreed to Sex Abuse class signed by all parties including the step father October 2009. The Center for Children and Family Law, Inc. did nothing for the children.
    o Though required by law, the step father never completed any anger management classes/domestic violence classes. The Center for Children and Family Law, Inc. did nothing for the children.
    o Though we were required to relocate May 2010 for Taylor's safety documented by the CalVCP therapist at for The Child in Long Beach, the Center for Children and Family Law, Inc. did nothing for Taylor.
    o Though Taylor tried to commit suicide May 26, 2010, the Center for Children and Family Law, Inc. did nothing for Taylor.

I respectfully request an investigation into CFCFL by the United States Department of Justice. When we receive the Group Case number from the United States Department of Justice, I can forward additional evidence in my case.

Sincerely,

Mike Simpfenderfer and Taylor Simpfenderfer
16911 Bellflower Blvd, Bellflower CA 90706
Phone: 562-714-2158
Email: loans4yourhome@yahoo.com

**EXHIBIT 1-1**

5

## PARENT INFORMATION SHEET

Today's Date: 3-3-10                    Date of Court Appointment: 5-11-10
                                        Next hearing date: 9-10-10

Parent Information (You):

Name (First, Middle, Last): Michael Lee Simpfender fer

Address: 15511 Santa Ana Ave Apt./Unit No. ___

City, State: Bell flower                    Zip Code 90706

Own or Rent your home? ___  How long: 2 months Bell flower 6103 Whitewood 3 years
                                                        Lakewood Ave 90712

Home Phone: 562 714 2158   Work 562 714 2158   Ext   See letter
                                                        from Middle
Fax Number: 562 684 4570   Cell Number: 562 714-2158   For The Child

Pager Number: ( ___       Email: bANs4 your home@ayahoo.com

Occupation: Branch Manager   Employer: Golden Empire Mortgage

Address: 3778 Atlantic Ave

City, State: Long Beach CA    Zip: 90807

Date of Birth: 4-1-62    Social Security: 406 06 5821

Driver's License: B6958637   Work Schedule/Hours: M-F 9-5

YOUR NEW SPOUSE/SIGNIFICANT OTHER:

Name (First, Middle, Last): Ada Doreng Simpfender fer Date of Birth: 6-28-70

Address: 15571 Santa Ana Ave Bell flower CA 90706

Cell Number 562 565 5949   Work 562 565 5949   Ext

Occupation Stays Home   Name of Employer: ___

Address: ___

Driver's License: ___   SS: ___

10

A CENTER FOR CHILDREN & FAMILY LAW, INC.
III WEST CHAPMAN AVENUE
ORANGE, CALIFORNIA 92868

SHERYL L. EDGAR*
TISHA LENÉ HARMAN*†
LENI POYNER-KLEIN†
SARAH DOLRAGHY*
KRISTEN PRZEKLASA*
MEGAN MOORE*
TRACY ANN JACKSON

TELEPHONE (714) 937-1234
FACSIMILE (714) 937-121
WEBSITE: www.centerforchildren.com
EMAIL: romiв@centerforchildren.com

*NATIONAL ASSOCIATION OF
COUNSEL FOR CHILDREN
†ACADEMY OF CALIFORNIA ADOPTION LAWYERS

## PARENT AGREEMENT

This Agreement is made this **10** day of **August**, 20**10** by A Center for Children
& Family Law, hereinafter "the firm", and **Mine Sug Indata** (your name),
hereinafter "Parent/Guardian".

### 1.     SCOPE OF SERVICES:

The firm was appointed pursuant to Family Code §3150, (Appointment of private
counsel to represent child in custody or visitation proceeding), to represent and provide legal
services for the interest of the minor child/ren.

### 2.     PARENT/GUARDIAN DUTIES AND UNDERSTANDING:

The Parent/Guardian agrees as follows: that the firm represents the interest of the Minor
child/ren. The firm does not represent the Parent/Guardian. If the Parent/Guardian has any
concerns or issues they are advised to approach their attorney or if in propera persona, write their
concerns or issues down and send to the firm via U.S. Mail or Facsimile, unless otherwise
instructed by the court or the firm. Anything that is discussed between the firm and the minor/s
is strictly confidential, based on attorney-client privilege. The firm does NOT have any authority
to change existing orders of the court or advise parents not to abide by the orders. The firm can
only request, on behalf of the minor/s and if believed to be in the minor/s best interest to change
custody orders, visitation orders, or address any other issues relating to the children. The firm
is appointed to represent the minor and gather and present facts bearing on the minor/s best
interest and may attempt to resolve the custody issues with the parties.

(Parent/Guardian initials _____ )

### 3.     PAYMENT OF MINORS COUNSEL FEES:

The Parent/Guardian agree(s) to pay all fees to the firm as stated on the appointment
order. The responsible party(ies) agree(s) to pay the firm an initial retainer of $ **500**
The payment of this retainer is due forthwith upon appointment of minors' counsel. No work

11

can commence on a case will until the full retainer is received by all responsible party(ies).  Please
be advised, this is only an initial retainer, and you may incur additional costs.

Should the outstanding balance on your account exceed $1,000 at any time, all work will
immediately cease on your case until arrangements for payment on that balance have been made.

If payment arrangements are not made on any outstanding balance this office may request
you to sign a stipulation relieving our firm as minors counsel and/or file a motion to be relieved
with the court.  All costs associated with the action will be directly applied to the party(ies)
outstanding balance. Further, the parent, by signing this retainer agrees to permit the firm to place
a lien on any interest in real property to secure payment of the fees.

(Parent/Guardian initials: _____ )

## VERIFICATION

I declare under penalty of perjury that I have read, understand, and will abide by the
foregoing Parent Agreement, that I have initialed each and every paragraph where indicated, that
I have been provided a copy of this agreement for my records.

Dated: ___9-10-10___

_____
Parent Signature

_____
Printed Name

_____
Relationship to Minor

_____          _____
Minors Name                                              Minors Name

_____          _____
Minors Name                                              Minors Name

_____          _____
Minors Name                                              Minors Name

2

**EXHIBIT 1-2**

# A CENTER FOR CHILDREN & FAMILY LAW, INC.

1111 West Chapman Avenue
Orange, CA 92868

| Telephone: | 714-937-1234 | Fax: | 714-937-1211 | Email: | Admin@centerforchildren.com |

As at          Oct 17, 2011

Michael Simpfenderfer                     Interest Charge To     Oct 17, 2011
15511 Santa Ana Ave.
Bellflower, CA 90706

## REMINDER NOTICE

RE:   Simpfenderfer v. Simpfenderfer VD038040 (msimpfenderfer)

| Bill Date | Matter #   Inv # | Billed | Interest | Due | Rate | Aging | |
|-----------|------------------|--------|----------|-----|------|-------|--|
| Sep -01-10 | MichaelSimp95990 | 260.00 | 0.00 | 0.00 | 10.00% | > 120 | days |
| Oct -01-10 | MichaelSimp96252 | 784.22 | 0.00 | 0.00 | 10.00% | > 120 | days |
| Nov -01-10 | MichaelSimp96852 | 2,106.06 | 147.97 | 1,098.25 | 10.00% | > 120 | days |
| Dec -01-10 | MichaelSimp97286 | 20.00 | 1.65 | 21.65 | 10.00% | > 120 | days |
| May -01-11 | MichaelSimp99267 | 45.00 | 1.74 | 46.74 | 10.00% | > 120 | days |
| May -31-11 | MichaelSimp99460 | 10.00 | 0.30 | 10.30 | 10.00% | > 120 | days |
| Jul -01-11 | MichaelSimp100278 | 928.65 | 19.98 | 948.63 | 10.00% | <=120 | days |
| Aug -01-11 | MichaelSimp100474 | 5.00 | 0.06 | 5.06 | 10.00% | <=90 | days |

- 57 -

14

| Totals | $4,158.93 | $171.70 | $2,130.63 |

Balance Due and Owing                    $2,130.63

## STOP RECIEVING PAPER STATEMENTS! WE NOW OFFER E-BILLS.
## PLEASE CONTACT JESS@CENTERFORCHILDREN.COM

If payment has been sent, please disregard this notice.

Detach and Return to pay by credit card:

Name on Card: _____

Credit Card Number: _____

Expiration Date: _____

Payment amount: _____

Clients Name: _____ MichaelSimpf _____

EXHIBIT 1-3

09/21/2015  17:50   5629911040                    GEM                                PAGE  01/42



                                                                                        12

# A Center For Children & Family Law, Inc.
1111 W. Chapman Ave. Orange CA, 92868

Sheryl L. Edgar, Esq.              Phone (714) 937-1234         Fax (714) 937-1211        Sahar Douraghy, Esq.
Tisha Lene Harman, Esq.                                                                  Kristen Przekutsa, Esq.
Loni Klein, Esq.                       Email: admin@centerforchildren.com                Tracy Jackson, Esq.


Michael Simpfenderfer
15511 Santa Ana Ave.
Bellflower, CA 90706                                                          Nov 01, 2011


                                                           File # :   MichaelSimpf
                                                           Inv # :    101042


RE:   Simpfenderfer v Simpfenderfer  VD038940  (msimpfenderfer)

| DATE | INITIALS | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Aug-11-11 | JS | phone call from counsel. notes to file. | 0.20 | $100.00 | 20.00 |
| Aug-12-11 | JS | review of docs received. | 0.10 | $100.00 | 10.00 |
| Aug-17-11 | JS | review of msg. from counsel. | 0.10 | $100.00 | 10.00 |
| Aug-19-11 | JS | review of msg. from counsel. return call. notes to file. | 0.20 | $100.00 | 20.00 |
| Aug-22-11 | TLH | review OAH-revisions requested-order indicates print. of Taylor to Father- should be sole, need to delete reference to "alternate" and maintain 1st & 3rd etc. | 0.20 | $200.00 | 40.00 |
| Sep-01-11 | JS | letter to counsel. | 0.50 | $100.00 | 50.00 |
| Sep-07-11 | JS | phone call from counsel. notes to file. | 0.10 | $100.00 | 10.00 |
| Sep-08-11 | JS | review of instructions. scan docs. | 0.20 | $100.00 | 20.00 |
|  | JS | email to counsel. | 0.20 | $100.00 | 20.00 |

17

09/21/2015  17:50    5629911040                    GEM                                        PAGE  02/42

| | | | | | | |
|---|---|---|---|---|---|---|
| | JS | phone conf. w/ counsel. notes to file. | 0.20 | $100.00 | 20.00 | |
| | JS | email to staff. | 0.10 | $100.00 | 10.00 | |
| Sep-09-11 | JS | review of emails from staff. | 0.20 | $100.00 | 20.00 | |
| | JS | review of docs received. | 0.10 | $100.00 | 10.00 | |
| Sep-13-11 | JS | review of docs received from counsel. notes to TH. | 0.20 | $100.00 | 20.00 | |
| Sep-15-11 | TLH | review and sign OAH | 0.10 | $200.00 | 20.00 | |
| | JS | conf. w/ TH. letter to counsel. copies to file. | 0.40 | $100.00 | 40.00 | |
| Sep-26-11 | JS | review of docs received. | 0.20 | $100.00 | 20.00 | |
| Oct-19-11 | JS | review of docs received. scan docs and email to staff. | 0.20 | $100.00 | 20.00 | |

**Total Fees billed this month**                                     1.75                    $190.00

**TOTAL COSTS ADVANCED**                                                                $0.00

09/21/2015  17:59    5629911048                    GEM                              PAGE  03/42

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|

Totals                                                            $190.00    *i Y*

Previous Balance                                               $2,358.93
Retainer Credited to Bill                                          $0.00
Previous Payments                                               $400.00

Interest Due                                                     $180.43
                                                           _____
BALANCE DUE NOW                                                $2,329.36

Credit Remaning                                                    $0.00

Please make checks payable to A CENTER FOR CHILDREN AND FAMILY LAW.

If charges are not disputed in writing with in 30 days, payor accepts responsibility for all fees and costs.

### We accept all major credit cards.

Detach and Return to pay by credit card:

Name on Card: _____
Credit Card Number: _____
Expiration Date: _____
Payment amount: _____
                    MichaelSimpf
Account name: _____

### Make payments on line at www.centerforchildren.com

EXHIBIT 1-4

09/21/2015  17:50     5629911040                    GEM                          PAGE   04/42

# A CENTER FOR CHILDREN & FAMILY LAW, INC.

1111 West Chapman Avenue
Orange, CA 92868

Phone (714) 937-1234          Fax (714) 937-1211          Email: admin@centerforchildren.com

Michael Simpfenderfer
15511 Santa Ana Ave.
Bellflower, CA 90706                              Aug 01, 2011

Attention: _                                     File # :    MichaelSimpf
                                                 Inv # :     100474
RE:   Simpfenderfer v Simpfenderfer  VD038940  (msimpfenderfer)

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| Jul-13-11 | review of file from court. | 0.10 | $100.00 | 10.00 |
| | Totals | 0.05 | | $5.00 |

21

**EXHIBIT 1-5**

09/21/2015  17:50    5629911040                    GEM                              PAGE  05/42

18

# A CENTER FOR CHILDREN & FAMILY LAW, INC.
1111 West Chapman Avenue
Orange, CA 92868

Phone (714) 937-1234          Fax (714) 937-1211          Email: admin@centerforchildren.com

Michael Simpfenderfer
15511 Santa Ana Ave.
Bellflower, CA 90706

Jul 01, 2011

Attention:                              File # :   MichaelSimpf
                                        Inv # :   100278

RE:    Simpfenderfer v Simpfenderfer VD038940  (msimpfenderfer)

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Jun-01-11 | letter to school for Taylor, fax to school with all docs. | 0.20 | $100.00 | 20.00 |
| | letter to school for Tori, fax to school with all docs. | 0.20 | $100.00 | 20.00 |
| | review of case file, notes re: follow ups.  prep. | 0.50 | $100.00 | 50.00 |
| Jun-03-11 | check status. | 0.10 | $100.00 | 10.00 |
| | review of docs received from school for Tory. | 0.10 | $100.00 | 10.00 |
| | letter to therapist for Taylor. | 0.20 | $100.00 | 20.00 |
| | letters to therapist for Tory. | 0.20 | $100.00 | 20.00 |
| | phone call to dad. notes to file. | 0.10 | $100.00 | 10.00 |
| | phone call to mom. notes to file. | 0.10 | $100.00 | 10.00 |
| | email to staff. | 0.10 | $100.00 | 10.00 |
| Jun-14-11 | review of msg. from counsel. | 0.20 | $100.00 | 20.00 |
| Jun-15-11 | phone call to father. email to father. phone call to taylor. phone call to mom. notes to file. prep file for atty. review | 0.50 | $100.00 | 50.00 |

23

09/21/2015   17:50    5629911340    GEM                                           PAGE    06/42

File #  MichaelSimpf                    Invoice #  100278      Page      2            July 1, 2011

| Date | Description | Hours | Rate | Amount | Init |
|------|-------------|-------|------|--------|------|
| | email to TH | 0.10 | $100.00 | 10.00 | JS |
| | email from mr. simpfenderfer. | 0.10 | $100.00 | 10.00 | JS |
| Jun-16-11 | conference and instructions to staff | 0.10 | $200.00 | 20.00 | TLH |
| | email to father. conf w/ TH | 0.20 | $100.00 | 20.00 | JS |
| | phone call from mother. notes to file. email to staff. | 0.20 | $100.00 | 20.00 | JS |
| | email from father. | 0.10 | $100.00 | 10.00 | JS |
| Jun-20-11 | | 0.73 | $100.00 | 73.00 | JS |
| Jun-21-11 | conf. w/ TH. | 0.20 | $100.00 | 20.00 | JS |
| Jun-22-11 | review document rec'd, phone call for conference | 0.20 | $200.00 | 40.00 | TLH |
| | phone call to mom re: apt. for Tory. notes to file. email to staff. conf. w/ TH. | 0.20 | $100.00 | 20.00 | JS |
| | conf. w/ TH re: Case status. | 0.20 | $100.00 | 20.00 | JS |
| | prep file for atty review. | 0.20 | $100.00 | 20.00 | JS |
| | Phone call to school. notes to file. research. | 0.20 | $100.00 | 20.00 | JS |
| Jun-23-11 | conf. w/ TH/instructions. | 0.10 | $100.00 | 10.00 | JS |
| Jun-24-11 | review file/notes for meeting with client | 0.25 | $200.00 | 50.00 | TLH |
| Jun-27-11 | phone conf with therapist | 0.25 | $200.00 | 50.00 | TLH |
| Jun-29-11 | meet with client | 0.80 | $200.00 | 160.00 | TLH |
| | conf. w/ TH. fees for court. email to TH. | 0.20 | $100.00 | 20.00 | JS |
| Jun-30-11 | court - travel and appear at court, meet and confer with counsel (billed at reduced hourly rate as a courtesy) | 5.00 | $200.00 | 1,000.00 | TLH |
| | parking/ mileage | | | 14.30 | TLH |

24

EXHIBIT 1-6

09/21/2015  17:50   5629911040                3EM                              PAGE  08/42

21

# A CENTER FOR CHILDREN & FAMILY LAW, INC.

1111 West Chapman Avenue
Orange, CA 92868

Phone (714) 937-1234        Fax (714) 937-1211        Email: admin@centerforchildren.com

Michael Simpfenderfer
15511 Santa Ana Ave.
Bellflower, CA 90706

Nov 01, 2010

Attention:                                          File # :   MichaelSimpf
                                                    Inv # :    96852

RE:   Simpfenderfer v Simpfenderfer  VD038940  (msimpfenderfer)

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| Oct-07-10 | cn with minor's therapist | 0.60 | $200.00 | 120.00 | T |
| | conf. w/ TH and instructions. | 0.20 | $100.00 | 20.00 | |
| | phone call to therapist. notes to file. | 0.20 | $100.00 | 20.00 | |
| | review of docs received. | 0.20 | $100.00 | 20.00 | |
| | review of atty. notes | 0.10 | $100.00 | 10.00 | |
| Oct-08-10 | review of instructinos. | 0.10 | $100.00 | 10.00 | |
| Oct-11-10 | phone call. conf. w/ staff. review of msg. changes to calendar. email to staff. | 0.30 | $100.00 | 30.00 | |
| Oct-12-10 | conf. w/ TH. | 0.10 | $100.00 | 10.00 | |
| Oct-14-10 | conf with Mr. Lindsay and father, notes to file | 0.35 | $200.00 | 70.00 | T |
| Oct-18-10 | conference regarding case safety plan, compliance and classes | 0.25 | $200.00 | 50.00 | T |
| | phone call to father. second call to father. phone call from father. phone call to mother. second call to mother. phone call from Taylor. Phone call to Tory. Conf. w/ TH. Notes to file. Phone call to counsel. notes to file. Email to staff. | 1.00 | $100.00 | 100.00 | |

26

File #  MichaelSimpf            Invoice # 96852      Page     2              November 1, 2010

| Date | Description | Hours | Rate | Amount | Init |
|---|---|---|---|---|---|
| | Interview. Review of fax from father. research. Prep file for attorney review. | | | | |
| | review of docs received. | 0.20 | $100.00 | 20.00 | JS |
| Oct-19-10 | prepare for hearing, review all new documents rec'd | 1.30 | $200.00 | 260.00 | TLH |
| | phone conference with Taylor, phone conference with Tory | 1.00 | $200.00 | 200.00 | TLH |
| | various calls between all counsel. review of docs received. | 0.50 | $100.00 | 50.00 | JS |
| | scan docs and email to TH. | 0.20 | $100.00 | 20.00 | JS |
| | phone call from father. | 0.10 | $100.00 | 10.00 | JS |
| Oct-20-10 | conf. w/ TH. Dictate letter | 0.50 | $100.00 | 50.00 | JS |
| | complete letter. fax to counsel. email to counsel. | 0.20 | $100.00 | 20.00 | JS |
| Oct-21-10 | travel and appear in court (billed at reduced hourly rate as a courtesy to parties) | 4.25 | $200.00 | 850.00 | TLH |
| | phone conf with minor's therapist | 0.22 | $200.00 | 44.00 | TLH |
| | parking/ mileage | | | 28.61 | TLH |
| | emails from th and instructions. | 0.20 | $100.00 | 20.00 | JS |
| Oct-22-10 | conf. w/ TH> | 0.20 | $100.00 | 20.00 | JS |
| Oct-25-10 | updates to calendar. | 0.10 | $100.00 | 10.00 | JS |
| Oct-27-10 | travel and appear in court, meet and confer with all counsel, with minor's counsel, with clients (billed at reduced rate and time) | 7.00 | $300.00 | 2,100.00 | TLH |
| | parking/ mileage | | | 9.53 | TLH |
| | conf. w/ TH> | 0.20 | $100.00 | 20.00 | JS |
| Oct-28-10 | conf. w/ TH. | 0.20 | $100.00 | 20.00 | JS |

27

09/21/2015  17:50    5629911040              GEM                          PAGE  10/42

File #  MichaelSimpf          Invoice #  96852      Page    3          November 1. 2010

| | | | |
|---|---|---|---|
| Totals | . | 9.87 | $2,106.06 |

23

| | |
|---|---|
| Total | $2,106.06 |
| Previous Balance | $44.22 |
| Previous Payments | $0.00 |
| Interest Due | $0.01 |
| **BALANCE DUE NOW** | **$2,150.29** |

**Please make checks payable to A CENTER FOR CHILDREN AND FAMILY LAW.**
If charges are not disputed in writing with in 30 days, payor accepts responsibility for all fees and costs.

**We accept all major credit cards.**

Detach and Return to pay by credit card:

Name on Card:_____
Credit Card Number: _____
Expiration Date: _____
Payment amount:_____

Account name: MichaelSimpf _____

**Make payments on line at www.centerforchildren.com**

**EXHIBIT 1-7**

09/21/2015  17:50    5629911040                    GEM                                   PAGE  11/42

25

# A CENTER FOR CHILDREN & FAMILY LAW, INC.
### 1111 West Chapman Avenue
### Orange, CA 92868

Phone (714) 937-1234          Fax (714) 937-1211          Email: admin@centerforchildren.com

Michael Simpfenderfer
15511 Santa Ana Ave.
Bellflower, CA 90706
                                                    Oct 01, 2010

Attention:                                          File # :   MichaelSimpf
                                                    Inv # :    96252
RE:   Simpfenderfer v Simpfenderfer  VD038940  (msimpfenderfer)

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| Sep-01-10 | return call to mother. left message. notes to file. | 0.10 | $100.00 | 10.00 | |
| | return call to Atty. Kelso Lindsay's office. | 0.10 | $100.00 | 10.00 | |
| Sep-03-10 | review of documents rec'd and parenting packets for meeting with client | 1.20 | $200.00 | 240.00 | T |
| Sep-07-10 | Recieved call from Dad regarding rescheduling apt, set new appt date, email to TH and staff | 0.15 | $1.00 | 0.15 | |
| Sep-08-10 | conf. w/ TH. | 0.20 | $100.00 | 20.00 | |
| | phone call from counsel. phone call from mother. | 0.20 | $100.00 | 20.00 | |
| Sep-09-10 | prep file for court. hot sheet, fees, etc. | 0.50 | $100.00 | 50.00 | |
| Sep-10-10 | travel and appear in court (billed at reduced hourly rate and reduced wait time because had other case same day) | 2.50 | $200.00 | 500.00 | T |
| | parking/ mileage | | | 14.31 | T |
| Sep-14-10 | review of file from court. | 0.20 | $100.00 | 20.00 | |
| Sep-20-10 | meet with client | 1.32 | $200.00 | 264.00 | T |
| | conf. w/ TH. | 0.10 | $100.00 | 10.00 | |

30

File# MichaelSimpt              Invoice # 96252        Page    2              October 1. 2010

26

| | | | | | |
|---|---|---|---|---|---|
| | conf. w/ TH and instructions. | 0.10 | $100.00 | 10.00 | JS |
| | review of atty. notes. | 0.10 | $100.00 | 10.00 | JS |
| Sep-28-10 | conference with staff re: follow up needed | 0.20 | $200.00 | 40.00 | TLH |
| | conf. w/ TH. | 0.20 | $100.00 | 20.00 | JS |
| Sep-29-10 | meet with client | 1.25 | $200.00 | 250.00 | TLH |
| | phone call to therapist. notes to file. | 0.10 | $100.00 | 10.00 | JS |
| | phone call to mother. notes to file. | 0.10 | $100.00 | 10.00 | JS |
| Sep-30-10 | review of atty. interview notes. | 0.10 | $100.00 | 10.00 | JS |
| | phone call from therapist. notes to file. | 0.10 | $100.00 | 10.00 | JS |
| | email to staff. | 0.10 | $100.00 | 10.00 | JS |
| | conf. w/ TH. | 0.20 | $100.00 | 20.00 | JS |
| | note to TH. | 0.10 | $100.00 | 10.00 | JS |
| | Totals | 4.60 | | $784.22 | |

| | | | |
|---|---|---|---|
| Sep-01-10 | Retainers Carried Forward | | 240.00 |

31

09/21/2015  17:50    5629911040              GEM                              PAGE  13/42
File#  MichaelSimpf              Invoice # 96252        Page      3          October 1, 2010

Total                                    .                                $784.22  27

Previous Balance                                                          $0.00
Previous Payments                                                         $0.00
Interest Due                                                              $0.00

**BALANCE DUE NOW**                                                       $544.22

Please make checks payable to A CENTER FOR CHILDREN AND FAMILY LAW.
If charges are not disputed in writing with in 30 days, payor accepts responsibility for all fees and costs.
**We accept all major credit cards.**
Detach and Return to pay by credit card:

Name on Card:_____
Credit Card Number:_____
Expiration Date:_____
Payment amount:_____
Account name: MichaelSimpf
_____

**Make payments on line at www.centerforchildren.com**

**EXHIBIT 1-8**

09/21/2015  17:50    5629911040    GEM    PAGE  14/42

# A CENTER FOR CHILDREN & FAMILY LAW, INC.

1111 West Chapman Avenue
Orange, CA 92868

Phone (714) 937-1234          Fax (714) 937-1211          Email: admin@centerforchildren.com

Michael Simpfenderfer
15511 Santa Ana Ave.
Bellflower, CA 90706

Sep 01, 2010

Attention:

File #:    MichaelSimpf
Inv #:    95990

RE:    Simpfenderfer v Simpfenderfer VD038940  (msimpfenderfer)

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | |
|------|-------------|-------|------|--------|---|
| Jun-08-10 | simpfenderfer/received mom info/call to court/letter and parent packets out | 0.50 | $100.00 | 50.00 | C |
| Jul-22-10 | Simpfenderfer/sent 2nd letter/call from mom call back to mom | 0.40 | $100.00 | 40.00 | C |
| Aug-12-10 | received dad retainer and parent packet/opened file/scanned docs/prep pleadings ? | 1.40 | $100.00 | 140.00 | C |
| Aug-16-10 | review of all documents provided by father in packet. | 1.00 | $50.00 | 50.00 | |
| | review of all documents provided by mother in packet. | 1.00 | $50.00 | 50.00 | |
| | legal research | 0.20 | $100.00 | 20.00 | |
| | phone call from mother. scheduled apt. for Tory. notes to file. email to staff. | 0.20 | $100.00 | 20.00 | |
| | phone call to father's counsel. notes to file. | 0.20 | $100.00 | 20.00 | |
| Aug-18-10 | review of email from staff. | 0.10 | $100.00 | 10.00 | |
| Aug-20-10 | instructions to staff. review of letters and approve. | 0.20 | $100.00 | 20.00 | |
| Aug-23-10 | phone call to counsel. notes to file. phone call to father. notes to file. | 0.20 | $100.00 | 20.00 | |

34

09/21/2015  17:50    5529911040                 GEM                              PAGE  15/42

rue #  MichaelSimpf          Invoice # 95990    Page    2              September 1, 2010    3C

| Aug-26-10 | phone call to counsel. notes to file. | 0.20 | $100.00 | 20.00 | JS |
| | phone call to father. notes to file. | 0.20 | $100.00 | 20.00 | JS |
| | email/conf. to TH. | 0.20 | $100.00 | 20.00 | JS |
| Aug-31-10 | review of msg. from mother. | 0.10 | $100.00 | 10.00 | JS |
| | review of msg. from counsel. | 0.10 | $100.00 | 10.00 | JS |
| | Totals | 3.10 | | $260.00 | |

| Aug-13-10 | Retainer | | 500.00 |
| | Total | | $260.00 |
| | Previous Balance | | $0.00 |
| | Previous Payments | | $0.00 |
| | Interest Due | | $0.00 |
| | **BALANCE DUE NOW** | | $0.00 |

Please make checks payable to A CENTER FOR CHILDREN AND FAMILY LAW.

If charges are not disputed in writing with in 30 days, payor accepts responsibility for all fees and costs.

**We accept all major credit cards.**

Detach and Return to pay by credit card:

Name on Card: _____

Credit Card Number: _____

Expiration Date: _____

Payment amount: _____

Account name: MichaelSimpf _____

**Make payments on line at www.centerforchildren.com**

**EXHIBIT 1-9**

09/21/2015  17:50   5629911040          GEM                        PAGE  07/42

32

# A CENTER FOR CHILDREN & FAMILY LAW, INC.
1111 West Chapman Avenue
Orange, CA 92868

Phone (714) 937-1234          Fax (714) 937-1211          Email: admin@centerforchildren.com

Michael Simpfenderfer
15511 Santa Ana Ave.
Bellflower, CA 90706

Dec 01, 2010

Attention:                                              File #:   MichaelSimpf
                                                        Inv #:    97286

RE:   Simpfenderfer v Simpfenderfer VD038940 (msimpfenderfer)

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Nov-10-10 | instructions to staff. approved docs. submitted. | 0.20 | $100.00 | 20.00 |
| Nov-15-10 | review of file from court. email to staff. | 0.20 | $100.00 | 20.00 |
| | Totals | 0.20 | | $20.00 |

**EXHIBIT 1-10**

09/21/2015   17:50    5629911040                    GEM                              PAGE  17/42

34

# A CENTER FOR CHILDREN & FAMILY LAW, INC.

1111 West Chapman Avenue
Orange, CA 92868

| Telephone: | 714-937-1234 | Fax: | 714-937-1211 | Email: | Admin@centerforchildren.com |
| | | | | As at | Jun 15, 2012 |

Michael Simpfenderfer                           Interest Charge To     Jun 15, 2012
15511 Santa Ana Ave.
Bellflower, CA 90706

## REMINDER NOTICE

RE:    Simpfenderfer v Simpfenderfer  VD038940  (msimpfenderfer)

| Bill Date | Matter #    Inv # | Billed | Interest | Due | Rate | Aging | |
|-----------|-------------------|--------|----------|-----|------|-------|---|
| Sep -01-10 | MichaelSimp95990 | 260.00 | 0.00 | 0.00 | 10.00% | > 120 | days |
| Oct -01-10 | MichaelSimp96252 | 784.22 | 0.00 | 0.00 | 10.00% | > 120 | days |
| Nov -01-10 | MichaelSimp96852 | 2,106.06 | 0.00 | 0.00 | 10.00% | > 120 | days |
| Dec -01-10 | MichaelSimp97286 | 20.00 | 0.00 | 0.00 | 10.00% | > 120 | days |
| May -01-11 | MichaelSimp99267 | 45.00 | 0.00 | 0.00 | 10.00% | > 120 | days |
| May -31-11 | MichaelSimp99460 | 10.00 | 0.00 | 0.00 | 10.00% | > 120 | days |
| Jul -01-11 | MichaelSimp100278 | 928.65 | 77.70 | 381.63 | 10.00% | > 120 | days |
| Aug -01-11 | MichaelSimp100474 | 5.00 | 0.41 | 5.41 | 10.00% | > 120 | days |
| Nov -01-11 | MichaelSimp101042 | 190.00 | 10.49 | 200.49 | 10.00% | > 120 | days |
| Apr -01-12 | MichaelSimp102233 | 15.00 | 0.19 | 15.19 | 10.00% | <=90 | days |

09/21/2015  17:50    5629911040                    GEM                                    PAGE  18/42

| Totals | $4,363.93 | $88.79 | $602.72 |

35

**Balance Due and Owing**                              $602.72

# STOP RECIEVING PAPER STATEMENTS! WE NOW OFFER E-BILLS. PLEASE CONTACT JESS@CENTERFORCHILDREN.COM.

If payment has been sent, please disregard this notice.

Detach and Return to pay by credit card:

Name on Card:_____

Credit Card Number: _____

Expiration Date: _____

Payment amount:_____

Clients Name:_____MichaelSimpf_____

**EXHIBIT 1-11**

09/21/2015  17:50  5629911040                    GEM                                    PAGE  19/42

# A CENTER FOR CHILDREN & FAMILY LAW, INC.

1111 West Chapman Avenue
Orange, CA 92868

37

| Telephone: | 714-937-1234 | Fax: | 714-937-1211 | Email: | Admin@centerforchildren.com |

As at            Oct 17, 2011

Michael Simpfenderfer                            Interest Charge To    Oct 17, 2011
15511 Santa Ana Ave.
Bellflower, CA 90706

## REMINDER NOTICE

RE: Simpfenderfer v Simpfenderfer VD038940 (msimpfenderfer)

| Bill Date | Matter #    Inv # | Billed | Interest | Due | Rate | Aging | |
|-----------|-------------------|--------|----------|-----|------|-------|---|
| Sep -01-10 | MichaelSimp95990 | 260.00 | 0.00 | 0.00 | 10.00% | > 120 | days |
| Oct -01-10 | MichaelSimp96252 | 784.22 | 0.00 | 0.00 | 10.00% | > 120 | days |
| Nov -01-10 | MichaelSimp96852 | 2,106.06 | 147.97 | 1,098.25 | 10.00% | > 120 | days |
| Dec -01-10 | MichaelSimp97286 | 20.00 | 1.65 | 21.65 | 10.00% | > 120 | days |
| May -01-11 | MichaelSimp99267 | 45.00 | 1.74 | 46.74 | 10.00% | > 120 | days |
| May -31-11 | MichaelSimp99460 | 10.00 | 0.30 | 10.30 | 10.00% | > 120 | days |
| Jul -01-11 | MichaelSimp100278 | 928.65 | 19.98 | 948.63 | 10.00% | <=120 | days |
| Aug -01-11 | MichaelSimp100474 | 5.00 | 0.06 | 5.06 | 10.00% | <=90 | days |

42

| Totals | $4,158.93 | $171.70 | $2,130.63 |
|--------|-----------|---------|-----------|

38

**Balance Due and Owing**                          $2,130.63

## STOP RECIEVING PAPER STATEMENTS! WE NOW OFFER E-BILLS.
## PLEASE CONTACT JESS@CENTERFORCHILDREN.COM.

If payment has been sent, please disregard this notice.

Detach and Return to pay by credit card:

Name on Card:_____

Credit Card Number:_____  . _____

Expiration Date:_____  _____

Payment amount:_____

Clients Name:____MichaelSimpf_____

**EXHIBIT 1-12**

09/21/2015  17:50    562931.040                GEM                              PAGE  21/42

40

# A CENTER FOR CHILDREN & FAMILY LAW,

**INC.** 1111 West Chapman Avenue
Orange, CA 92868

| Telephone: | 714-937-1234 | Fax | 714-937-1211 Email: | Admin@centerforchildren.com |

As at Jun 15, 2011
Interest Charge To Jun 15, 2011

Michael Simpfenderfer
15511 Santa Ana Ave.
Bellflower, CA 90706

## REMINDER NOTICE

RE: Simpfenderfer v Simpfenderfer  VD038940  (msimpfenderfer)

| Bill Date | Matter # | Inv # | Billed | Interest | Paid | Due | Rate | Aging |
|-----------|----------|-------|--------|----------|------|-----|------|-------|
| Nov -01-10 | MichaelSimpf | 9685 2 | 2,106.06 | 100.12 | 555.78 | 1,650.40 | 10.00% | > 120days |
| Dec -01-10 | MichaelSimpf | 9728 6 | 20.00 | 0.93 | 0.00 | 20.93 | 10.00% | > 120days |
| May -01-11 | MichaelSimpf | 9926 7 | 45.00 | 0.18 | 0.00 | 45.18 | 10.00% | <=60days |
| May -31-11 | MichaelSimpf | 9946 0 | 10.00 | 0.00 | 0.00 | 10.00 | 10.00% | <=30days |
| Totals | | | $2,181.06 | $101.23 | $555.78 | $1,726.51 | | |

**Balance Due and Owing**                            **$1,726.51**

## STOP RECIEVING PAPER STATEMENTS! WE NOW OFFER E-BILLS.
## PLEASE CONTACT JESS@CENTERFORCHILDREN.COM.

If payment has been sent, please disregard this notice.

Detach and Return to pay by credit card:

Name on Card: _____

Credit Card Number: _____

Expiration Date: _____

Payment amount: _____

Clients Name: _____

45

09/21/2015  17:50    5629911640        GEM                                    PAGE  22/42

File #  MichaelSimpf          Invoice #  100474      Page      2          August 1, 2011

| | |
|---|---|
| Total | $5.00 |
| | |
| Previous Balance | $2,553.93 |
| Previous Payments | $0.00 |
| Interest Due | $123.73 |
| | |
| **BALANCE DUE NOW** | **$2,682.66** |

Please make checks payable to A CENTER FOR CHILDREN AND FAMILY LAW.

If charges are not disputed in writing with in 30 days, payor accepts responsibility for all fees and costs.

**We accept all major credit cards.**

Detach and Return to pay by credit card:

Name on Card: _____
Credit Card Number: _____
Expiration Date: _____
Payment amount: _____
Account name: MichaelSimpf _____

**Make payments on line at www.centerforchildren.com**

**EXHIBIT 1-13**

09/21/2015  17:50    5629911040              GEM                    PAGE   23/42

# A CENTER FOR CHILDREN & FAMILY LAW, INC.                     43

1111 West Chapman Avenue
Orange, CA 92868

Telephone:      714-937-1234   Fax:   714-937-1211        Email:   Admin@centerforchildren.com

                                                          As at          Mar 22, 2011
Michael Simpfenderfer                                     Interest Charge To    Mar 22, 2011
15511 Santa Ana Ave.
Bellflower, CA 90706

## REMINDER NOTICE

RE:   Simpfenderfer v Simpfenderfer  VD038940  (msimpfenderfer)

| Bill Date | Matter #   Inv # | Billed | Interest | Paid | Due | Rate | Aging | |
|-----------|------------------|--------|----------|------|-----|------|-------|---|
| Nov -01-10 | MichaelSimp96852 | 2,106.06 | 61.21 | 355.78 | 1,811.49 | 10.00% | > 120 | days |
| Dec -01-10 | MichaelSimp97286 | 20.00 | 0.45 | 0.00 | 20.45 | 10.00% | <=120 | days |
| Totals |  | $2,126.06 | $61.66 | $355.78 | $1,831.94 | | | |

Balance Due and Owing                              $1,831.94

## STOP RECIEVING PAPER STATEMENTS! WE NOW OFFER E-BILLS.
## PLEASE CONTACT JESS@CENTERFORCHILDREN.COM.

If payment has been sent, please disregard this notice.

Detach and Return to pay by credit card:

Name on Card: _____

Credit Card Number: _____

Expiration Date: _____

Payment amount: _____

Clients Name: _____MichaelSimpf_____

48

09/21/2015  17:50    5629911040                    GEM
~ . ~~~ # MichaelSimpf          Invoice # 97286      Page      2          December 1. 2010

| | |
|---|---|
| Total | $20.00  44 |
| | |
| Previous Balance | $2,150.28 |
| Previous Payments | $0.00 |
| Interest Due | $0.38 |
| | |
| **BALANCE DUE NOW** | **$2,170.66** |

Please make checks payable to A CENTER FOR CHILDREN AND FAMILY LAW.

If charges are not disputed in writing with in 30 days, payor accepts responsibility for all fees and costs.

### We accept all major credit cards.

Detach and Return to pay by credit card:

Name on Card: _____
Credit Card Number: _____
Expiration Date: _____
Payment amount: _____
Account name: MichaelSimpf
_____

### Make payments on line at www.centerforchildren.com

**EXHIBIT 1-14**

09/21/2015  17:50    5629911040                    GEM                              PAGE   25/42

## A CENTER FOR CHILDREN & FAMILY LAW, INC.    46
1111 West Chapman Avenue
Orange, CA 92868

Telephone:    714-937-1234    Fax:    714-937-1211    Email:    Admin@centerforchildren.com

|  |  |  |
|---|---|---|
|  | As at | Nov 15, 2010 |

Michael Simpfenderfer
15511 Santa Ana Ave.
Bellflower, CA 90706

Interest Charge To    Nov 15, 2010

### REMINDER NOTICE

RE:-   Simpfenderfer v Simpfenderfer  VD038940  (msimpfenderfer)

| Bill Date | Matter #   Inv # | Billed | Interest | Paid | Due | Rate | Aging |
|---|---|---|---|---|---|---|---|
| Oct -01-10 | MichaelSimp96252 | 784.22 | 0.18 | 740.00 | 44.40 | 10.00% | <=60  days |
| Nov -01-10 | MichaelSimp96852 | 2,106.06 | 0.00 | 0.00 | 2,106.06 | 10.00% | <=30  days |
| Totals |  | $2,890.28 | $0.18 | $740.00 | $2,150.46 |  |  |

Balance Due and Owing                              $2,150.46

### STOP RECIEVING PAPER STATEMENTS! WE NOW OFFER E-BILLS.
### PLEASE CONTACT JESS@CENTERFORCHILDREN.COM.

If payment has been sent, please disregard this notice.

Detach and Return to pay by credit card:

Name on Card:_____

Credit Card Number: _____

Expiration Date: _____

Payment amount:_____

Clients Name:_____ MichaelSimpf _____

09/21/2015  17:50    5629911040              GEM                            PAGE  26/42

File #  MichaelSimpf          Invoice # 100278    Page    3      July 1. 2011

| | | | |
|---|---|---|---|
| Totals | . | 5.92 | $928.65    47 |

| | |
|---|---|
| Total | $928.65 |
| Previous Balance | $1,625.28 |
| Previous Payments | $0.00 |
| Interest Due | $108.74 |
| **BALANCE DUE NOW** | **$2,662.67** |

Please make checks payable to A CENTER FOR CHILDREN AND FAMILY LAW.

If charges are not disputed in writing with in 30 days, payor accepts responsibility for all fees and costs.

**We accept all major credit cards.**

Detach and Return to pay by credit card:

Name on Card: _____
Credit Card Number: _____
Expiration Date: _____
Payment amount: _____
Account name: MichaelSimpf _____

**Make payments on line at www.centerforchildren.com**

**EXHIBIT 1-15**

09/21/2015  17:58    5629911040                    GEM                              PAGE  28/42

Mar/14/2012

A CENTER FOR CHILDREN & FAMILY LAW
Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Ref# | \|----- General -----\| | | | Bld ----------- Trust Activity -----------\| | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Rcpts | Disbs | Fees | Inv# | Acc | Rcpts | Disbs | Balance |

12560  Simpfenderfer, Michael
MichaelSimpf      Simpfenderfer v Simpfenderfer   VDU38540   (ms)                    Resp Lawyer: TLR
Aug/13/2010   Bonnie Simpfenderfer
     626944   RET - Retainer              19619   500.00              95990
Sep/ 1/2010   Billing on Invoice 95990
     630186   FEES        260.06 RCPTS               0.00            95990      **49**
                          260.00
Sep/ 1/2010   Lawyer: 3  1.95 Hrs X 74.36
     630187   Fee Adjustment From Split                    145.00   95990
              Billing
Sep/ 1/2010   Lawyer: 13  1.15 Hrs X 100.00
     630188   Fee Adjustment From Split                    115.00   95990
              Billing
Sep/ 1/2010
     630190   RET - Rtnr alloc on Inv: 95990   95990   -260.00              95990
Sep/ 1/2010
     630191   RET - Rtnr alloc on Inv: 95990   95990   145.00              95990
Sep/ 1/2010
     630192   RET - Rtnr alloc on Inv: 95990   95990   115.00              95990
Sep/ 1/2010
     630193   RET - Retainers Carried Forward   95990   240.00              96252
Sep/20/2010   Michael Simpfenderfer
     638851   PMT - 500.00  Retainer         19983   500.00
Oct/ 1/2010   Billing on Invoice 96252
     635790   FEES        784.22 RCPTS               0.00            96252
                          240.00
Oct/ 1/2010   Lawyer: 2  3.23 Hrs X 202.52
     635791   Fee Adjustment From Split                    654.15   96252
              Billing
Oct/ 1/2010   Lawyer: 3  1.30 Hrs X 100.00
     635792   Fee Adjustment From Split                    130.00   96252
              Billing
Oct/ 1/2010   Lawyer: 12  0.07 Hrs X 1.00
     635793   Fee Adjustment From Split                      0.07   96252
              Billing
Oct/ 1/2010
     635795   RET - Rtnr alloc on Inv: 96252   96252   -240.00              96252
Oct/ 1/2010
     635796   RET - Rtnr alloc on Inv: 96252   96252   39.78              96252
Oct/ 1/2010
     635797   RET - Rtnr alloc on Inv: 96252   96252   0.07              96252
Oct/ 1/2010
     635798   RET - Rtnr alloc on Inv: 96252   96252   200.20              96252
Nov/ 1/2010   Billing on Invoice 96852
     641671   FEES        2105.06               0.00            96852
Nov/ 1/2010   Lawyer: 2  7.47 Hrs X 249.81
     641672   Fee Adjustment From Split                   1866.06   96852
              Billing
Nov/ 1/2010   Lawyer: 3  2.40 Hrs X 100.00
     641673   Fee Adjustment From Split                    240.00   96852
              Billing
Dec/ 1/2010   Billing on Invoice 97286
     647057   FEES        20.00               0.00            97286
Dec/ 1/2010   Lawyer: 3  0.20 Hrs X 100.00
     647058   Fee Adjustment From Split                     20.00   97286
              Billing
Jan/26/2011   Mike Simpfenderfer
     654538   PMT - 200.00  Credit Card      20711   200.00
              Payment
Feb/28/2011   Michael Simpfenderfer
     662863   PMT - 200.00  Credit Card      21014   200.00
              Payment
Apr/11/2011   Michale Simpfenderfer
     669287   PMT - 200.00  Credit Card      21290   200.00
              Payment
May/ 1/2011   Billing on Invoice 99267
     673265   FEES        45.00 INT DUE               0.00            99267
                          3.58
May/ 1/2011   Lawyer: 3  0.45 Hrs X 100.00
     673266   Fee Adjustment From Split                     45.00   99267
              Billing
May/31/2011   Billing on Invoice 99460
     678078   FEES        10.00 INT DUE               0.00            99460
                          0.73
May/31/2011   Lawyer: 3  0.10 Hrs X 100.00
     678079   Fee Adjustment From Split                     10.00   99460
              Billing
Jul/ 1/2011   Billing on Invoice 100278
     684390   FEES        928.65 INT DUE               0.00            100278
                          59.14
Jul/ 1/2011   Lawyer: 2  3.30 Hrs X 202.17
     684391   Fee Adjustment From Split                    667.15   100278
              Billing
Jul/ 1/2011   Lawyer: 3  2.62 Hrs X 100.00
     684392   Fee Adjustment From Split                    261.50   100278
              Billing
Jul/12/2011   Michael Simpfenderfer
     694147   PMT - 200.00  Credit Card      22310   200.00
              Payment
Aug/ 1/2011   Billing on Invoice 100474
     689770   FEES        5.00 INT DUE               0.00            100474
                          0.27
Aug/ 1/2011   Lawyer: 3  0.05 Hrs X 100.00

09/21/2015  17:50    5629911b40              GEM                              PAGE  29/42

Mar/14/2012                              A CENTER FOR CHILDREN & FAMILY LAW                              Page:
                                              Client Ledger
                                                ALL DATES

| Date<br>Entry # | Received From/Paid To<br>Explanation | Chq#<br>Rcv# | \|----- General -----\|<br>Rcpts      Disbs | Fees | Bld \|---------- Trust Activity -----------\|<br>Inv# Leg     Rcpts      Disbs      Balance |
|---|---|---|---|---|---|
| 685771 | Fee Adjustment From Split<br>Billing | | | 5.00 100474 | |
| Aug/25/2011<br>693880 | Mike Simpfenderfer<br>PMT - 200.00   Credit Card<br>Payment | 22306 | 200.00 | | |
| Oct/ 5/2011<br>702099 | Mike Simpfenderfer<br>PMT - 200.00   Credit Card<br>Payment | 22601 | 200.00 | | |
| Nov/ 1/2011<br>707781 | Billing on Invoice 101042<br>FEES      190.00 INT DUE<br>5.47 | | 0.00 | 101042 | |
| Nov/ 1/2011<br>707782 | Lawyer: 2  0.15 Hrs X 200.00<br>Fee Adjustment From Split<br>Billing | | 30.00 101042 | |
| Nov/ 1/2011<br>707783 | Lawyer: 3  1.60 Hrs X 100.00<br>Fee Adjustment From Split<br>Billing | | 160.00 101042 | |
| Nov/ 5/2011<br>709483 | Mike Simpfenderfer<br>PMT - 200.00   Credit Card<br>Payment | 22652 | 200.00 | | |
| Dec/ 5/2011<br>714873 | Ana Simpfenderfer<br>PMT - 200.00   Credit Card<br>Payment | 23080 | 200.00 | | |
| Jan/ 5/2012<br>721070 | Michael Simpfenderfer<br>PMT - 200.00   Credit Card<br>Payment | -111125 | 200.00 | | |
| Feb/ 5/2012<br>727769 | Mike Simpfenderfer<br>PMT - 200.00   Credit Card<br>Payment | 1111144 | 200.00 | | |
| Mar/ 2/2012<br>731946 | Mike Simpfenderfer<br>PMT - 200.00   Credit Card<br>Payment | 1111156 | 200.00 | | |

|  | \|------ UNBILLED ------\| | | \|------- BILLED ------\| | | \|----- BALANCES -----\| |
|---|---|---|---|---|---|
|  | CRE    + RECOV    + FEES | = TOTAL | DISBS    + FEES    + TAX | - RECEIPTS | = A/R    TRUST |
| TOTALS<br>PERIOD | 0.00      0.00      0.00 | 0.00 | 0.00    4348.93    0.00 | 3200.00 | 1148.93    0.00 |
| END DATE | 0.00      0.00      0.00 | 0.00 | 0.00    4348.93    0.00 | 3200.00 | 1148.93    0.00 |
| Interest Due |          69.39 | | | | |

|  | \|------ UNBILLED ------\| | | \|------- BILLED ------\| | | \|----- BALANCES -----\| |
|---|---|---|---|---|---|
|  | CRE    + RECOV    + FEES | = TOTAL | DISBS    + FEES    + TAX | - RECEIPTS | = A/R    TRUST |
| FIRM TOTAL<br>PERIOD | 0.00      0.00      0.00 | 0.00 | 0.00    4348.93    0.00 | 3200.00 | 1148.93    0.00 |
| END DATE | 0.00      0.00      0.00 | 0.00 | 0.00    4348.93    0.00 | 3200.00 | 1148.93    0.00 |
| Interest Due |          69.39 | | | | |

REPORT SELECTIONS - Client Ledger
Layout Template                          Default
Advanced Search Filter                   None
Requested by                             Jess
Finished                                 Wednesday, March 14, 2012 at 11:05:58 AM
Ver                                      11.0 (11.0.20110513)
Matters                                  Michael Simpf
Clients                                  All
Major Clients                            All
Client Intro Lawyer                      All
Matter Intro Lawyer                      All
Responsible Lawyer                       All
Assigned Lawyer                          All
Type of Law                              All
Select From                              Active, Inactive, Archived Matters
Matters Sort by                          Default
New Page for Each Lawyer                 No
New Page for Each Matter                 No
No Activity Date                         Dec/31/2199
Firm Totals Only                         No
Totals only                              No
Entries Shown - Billed Only              No
Entries Shown - Disbursements            Yes
Entries Shown - Receipts                 Yes
Entries Shown - Time or Fees             Yes
Entries Shown - Trust                    Yes
Incl. Matters with Retainer Bal          No
Incl. Matters with Neg Unbld Disb        No
Trust Amount                             All
Working Lawyer                           All
Include Corrected Entries                No
Show Check # on Paid Payables            No
Show Client Address                      No
Consolidate Payments                     Yes
Show Trust Summary by Account            No
Show Interest                            Yes
Interest Up To                           Mar/14/2012
Show Invoices that Payments Were Applied to   No
Display Entries in                       Date Order

**EXHIBIT 1-16**

Print                                                                                      Page 1 of 1

52

Subject:    Receipt: A Center for Children & Family Law.

From:       A Center for Children & Family Law (admin@centerforchildren.com)

To:         loans4yourhome@yahoo.com;

Date:       Monday, September 20, 2010 3:27 PM

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this
email for your records.

Billing Information:

Date: 2010-09-20 18:27:06
Transaction ID: 3194973133
Amount: $500.00
Description: Legal Services

First Name: Michael
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1971
Billing Address:
15511 Santa Ana Avenue
Bellflower, CA 90706

09/21/2015  17:50    5629911040                GEM                                    PAGE  31/42

Print                                                                                Page 1 of 1

**Subject:** Receipt: A Center for Children & Family Law.                             53

**From:**    A Center for Children & Family Law (admin@centerforchildren.com)

**To:**      loans4yourhome@yahoo.com:

**Date:**    Wednesday, January 26, 2011 3:19 PM

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this email for your records.

Billing Information:

Date: 2011-01-26 18:19:13
Transaction ID: 3422862919
Amount: $200.00
Description: Legal Services

First Name: Mike
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1971
Billing Address:
15511 Santa Ana Ave
Bellflower, CA 90706

09/21/2015  18:87    5629911840    GEM    PAGE  38/42
Print    Page 1 of 1

**Subject:** Receipt: A Center for Children & Family Law.

**From:** A Center for Children & Family Law (admin@centerforchildren.com)

**To:** loans4yourhome@yahoo.com;

**Date:** Friday, March 2, 2012 7:30 AM

54

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this email for your records.

Billing Information:

Date: 2012-03-02 10:30:06
Transaction ID: 4215685404
Amount: $200.00
Description: Legal Services

First Name: Mike
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1979
Billing Address:
15511 Santa Ana Avenue
Bellflower, CA 90706

Subject:  Receipt: A Center for Children & Family Law.                                    55

From:    A Center for Children & Family Law (admin@centerforchildren.com)

To:      loans4yourhome@yahoo.com;

Date:    Sunday, February 5, 2012 8:07 AM

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this email for your records.

Billing Information:

Date: 2012-02-05 11:07:31
Transaction ID: 4157124721
Amount: $200.00
Description: Legal Services

First Name: Mike
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1979
Billing Address:
15511 Santa Ana Avenue
Bellflower, CA 90706

09/21/2015  18:07    5629911040                    GEM                              PAGE  36/42

Print                                                                              Page 1 of 1

Subject:  Receipt: A Center for Children & Family Law.                             56

From:     A Center for Children & Family Law (admin@centerforchildren.com)

To:       loans4yourhome@yahoo.com;

Date:     Wednesday, October 5, 2011 1:19 PM

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this
email for your records.

Billing Information:

Date: 2011-10-05 16:19:09
Transaction ID: 3900213999
Amount: $200.00
Description: Legal Services

First Name: Mike
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1979
Billing Address:
15511 Santa Ana Avenue
Bellflower, CA 90706

09/21/2015  18:07   5629911040                    GEM                        PAGE  35/42
Print                                                                        Page 1 of 1

**Subject:** Receipt: A Center for Children & Family Law.

**From:** A Center for Children & Family Law (admin@centerforchildren.com)

**To:** loans4yourhome@yahoo.com;

**Date:** Wednesday, August 24, 2011 4:51 PM

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this
email for your records.

Billing Information:

Date: 2011-08-24 19:51:06
Transaction ID: 3817359848
Amount: $200.00
Description: Legal Services

First Name: Mike
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1971
Billing Address:
15511 Santa Ana Ave
Bellflower, CA 90706

09/21/2015  18:07    5629911040                    GEM                              PAGE  34/42
Print                                                                            Page 1 of 1

**Subject:**  Receipt: A Center for Children & Family Law.

**From:**  A Center for Children & Family Law (admin@centerforchildren.com)

**To:**  loans4yourhome@yahoo.com;

**Date:**  Tuesday, July 12, 2011 2:52 PM

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this
email for your records.

Billing Information:

Date: 2011-07-12 17:52:25
Transaction ID: 3735890147
Amount: $200.00
Description: Legal Services

First Name: Mike
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1971
Billing Address:
15511 Santa Ana Avenue
Bellflower, CA 90706

09/21/2015  18:07    5629911848                    GEM                              PAGE  33/42
Print                                                                              Page 1 of 1

| | |
|---|---|
| Subject: | Receipt: A Center for Children & Family Law. |
| From: | A Center for Children & Family Law (admin@centerforchildren.com) |
| To: | loans4yourhome@yahoo.com; |
| Date: | Monday, April 11, 2011 3:44 PM |

59

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this
email for your records.

Billing Information:

Date: 2011-04-11 18:44:32
Transaction ID: 3564902505
Amount: $200.00
Description: Legal Services

First Name: Michael
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1971
Billing Address:
15511 Santa Ana Avenue
Bellflower , CA 90706

09/21/2015  18:87   5629911848                        GEM                        PAGE  32/42
Print                                                                            Page 1 of 1

Subject:   Receipt: A Center for Children & Family Law.

From:      A Center for Children & Family Law (admin@centerforchildren.com)

To:        loans4yourhome@yahoo.com;

Date:      Monday, February 28, 2011 3:50 PM

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this
email for your records.

Billing Information:

Date: 2011-02-28 18:50:33
Transaction ID: 3483939128
Amount: $200.00
Description: Legal Services

First Name: Michael
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1971
Billing Address:
15511 Santa Ana Avenue
Bellflower, CA 90706

Print                                                                    Page 1 of 1

Subject:   Receipt: A Center for Children & Family Law.

From:      A Center for Children & Family Law (admin@centerforchildren.com)

To:        loans4yourhome@yahoo.com;

Date:      Friday, April 13, 2012 2:33 PM

61

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this
email for your records.

Billing Information:

Date: 2012-04-13 17:33:00
Transaction ID: 4309387031
Amount: $250.00
Description: Legal Services

First Name: Mike
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1979
Billing Address:
15511 Santa Ana Avenue
Bellflower, CA 90706

http://us-mg5.mail.yahoo.com/neo/launch?.rand=4d6ao9hfnc5na                5/15/2013

09/21/2015  18:07    5629911040                  GEM                          PAGE  40/42
Print                                                                         Page 1 of 1

Subject:    Receipt: A Center for Children & Family Law.

From:       A Center for Children & Family Law (admin@centerforchildren.com)

To:         loans4yourhome@yahoo.com;

Date:       Sunday, May 6, 2012 7:22 PM

62

Below you will find a receipt for your recent payment to A Center for Children & Family Law. Please save this
email for your records.

Billing Information:

Date: 2012-05-06 22:22:41
Transaction ID: 4360214792
Amount: $200.00
Description: Legal Services

First Name: Mike
Last Name: Simpfenderfer
E-mail Address: loans4yourhome@yahoo.com

Card Number: ************1979
Billing Address:
15511 Santa Ana Avenue
Bellflower, ca 90706

**EXHIBIT TWO. GARY WISE SUMMARY AND RECORDS**

May 16, 2018

NICOLA T. HANNA
DOROTHY A. SCHOUTEN
ROBYN-MARIE LYON MONTELEONE
GRACE Y. PARKS
Federal Building
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-3551
Facsimile: (213) 894-7819

This letter is in support of the group case concerning the dishonest and fraudulent conduct of the Center for Children and Family Law (CFCFL).

I hired this firm, and there were no minor children involved. However, they still behave with impunity in my case regarding their billing practices, their dishonest and fraudulent actions. They even tried to blacklist and blackmail me by telling a different attorney I wanted to hire to replace them not to take my case. In my case, specifically:

- [See Exhibit 2-10] I signed up the legal team to represent me on 7/14/2014. And that same firm withdrew from my case July 30, 2015. In that period of time, I was billed for over$10,000 in "LETTER WRITING, TELEPHONE CALLS, CLERICAL COPING FEES, RESCHEDULED MEETING FEES". My questions to their billing practices resulted in nearly $2000.00 reduction in my billing, and ultimately ended with them no longer representing me. I never have had a court appearance date. The court has set three different dates for both legal teams to meet and resolve, but my team was not available for at least 2 of the three court set dates and I was billed for my team missing the dates and resetting a new date. In my billing dispute with this firm, I tracked at least four meetings of three or more of the firm's legal team all in a collective meeting, itemized on my invoices to "review" my case prior to a Court ordered appearance that they failed to attend. And then, after I challenged the billing for the review of my case by the firm, the charges were removed. All of my invoices were sent to me via USPS.
- [See Exhibit 2-1] Charged for in a letter writing campaign between the two opposing legal teams spanning a year timeframe of legal fee charges that failed to get a court date let alone resolve my case.
- [See Exhibit 2-2]. Refund of almost $1100.00 for "coping" fees charged to me, after I was fired from the legal team for questioning their billing practices. Clerk paid $450.00 an hour to copy documents.

2

- [See Exhibit 2-4] More documents supplied by me to my legal team and I received
  a bill to review and file these same documents. And a 2nd bill to send the
  documents to the opposing legal team.
- [See Exhibit 2-5] More documents sent by me to my legal team that generated
  billing me review, filing and forwarding to opposing legal team fees. Forward of
  more files I filed out need for the court filing and 8-26-2014 to the present has
  failed to be seen by the court. I have never been to court in the over 12 months that
  this firm represented me. I paid them a lot of fees to get to court, but never did get
  there.
- [See Exhibit 2-6] More files to sign and be billed for from my legal team. And
  they assumed I had a printer to open the files. There were times I had to drive in to
  their office and sign the forms and PAY A FEE FOR THE MEETING TO SIGN
  FORMS!
- [See Exhibit 2-7]. The original invoice that showed $1098.00 for copying my file
  for 2.44 hours at $450.00 for a clerk to Xerox.
- [See Exhibit 2-8] See file above dated 8/24/14 Response and FL
- [See Exhibit 2-9] On March 11, 2015, My legal fees passed the $6,000.00 mark
  and see the message from Kristen that says Sheryl is not available to attend court
  hearing. I was charged for the failure of this firm to meet the court hearing and
  charged again for new court documents to file for new hearing date. This is one of
  two invoice challenges I made to invoice. No new invoice was sent but the charges
  were removed and that is what started the discontent between the law firm and me. Lead
  to me "being fired" as a client over failure to communicate. More court date rescheduled
  with a charge to me for the re-re-review of my case at $300.00/hr. and new court filing
  fee charge to my account and a charge to forward this communication to me.

I respectfully request an investigation into CFCFL by the United States Department of
Justice. When we receive the Group Case number from the United States Department of Justice,
I can forward additional evidence in my case.

Sincerely,
Gary Wise
Phone: 949-586-1385
Email: gw7231@gmail.com

**EXHIBIT 2-1**

--------- Forwarded message ---------

From: Gary Wise <gw7231@gmail.com>

Date: Fri, Dec 12, 2014 at 11:37 AM

Subject: Re: WISE- Loan Documents

To: Kristen Przeklasa <kristen@centerforchildren.com>

You have accurately captured the details in all of the files submitted from WESCOM. Debt on home has
increased more than the home increased in value since 2007. Gary

189

On Fri, Dec 12, 2014 at 11:27 AM, Kristen Przeklasa <kristen@centerforchildren.com> wrote:

Please confirm this sounds accurate to you...and then I will fax it out.

Dear Ms. Dahan:

I have received your letter of December 3, 2014. My client does not have all the information you requested. For example we have not done appraisals to determine fair market value at different points in time. The house was purchased in 1972. The parties did not marry until 2002. The mortgage in 2002 was $114,496. (See attached payment history) The house was not converted to both parties' names until 2007 during a refinance. At that point the mortgage was $197,587 and $35,000 for a second taken out. (See attached payment history) The house was appraised at that time for $658,000. (See attached refinance information) A refinance was done and funds were taken from the home. The mortgage today is $156,931. (See attached statement) The value is estimated by Mr. Wise to be approximately $692,000. Homes in the neighborhood have sold for under $700,000. The debt on the property went up since marriage. Given this information the asset would be encompassed by Mr. Wise's separate property interest.

As for the nationwide account that was taken over by Morgan Stanley. The Morgan Stanley statement includes the former nationwide plan.

Mr. Wise is eager to move this divorce forward. We are still waiting for the doll appraisal which was to be completed. Please provide that forthwith. If this settlement offer is not accepted Mr. Wise has instructed me to move forward with litigation. He believes this offer is more than fair. Please respond to this offer no later than December 19, 2014 or we will move forward with a Request for Order.

Kristen J. Przeklasa, Esq.

A Center for Children and Family Law Inc.

1111 West Chapman Ave.

Orange, CA 92868

Phone: (714) 937-1234 x 302

Fax: (714) 937-1211

190

From: Gary Wise [mailto:gw7231@gmail.com]

Sent: Friday, December 12, 2014 8:59 AM

To: Kristen Przeklasa

Subject: Fwd: WISE- Loan Documents

In May 2007, See page 3 of 1st attachment, House had a stated value of $658,000 with a debt of $197,587 for the 1st trust deed and $35,000 for the 2nd trust deed. Monthly payment was $1687.71 for the 1st trust deed and $292.75 for the 2nd trust deed.

So I believe this is the documentation that you needed. If not, let me know and I will start again.

Gary Wise 949-586-1385

On Thu, Dec 11, 2014 at 4:46 PM, Lowe, Melissa <MLowe@wescom.org> wrote:

Good Afternoon Mr. Wise,

Attached is some of the information you requested, the first documents attached are the Grant Deed of when you added wife to property. Also included in a Chain of Title for the loans in which were held on the property from when loan was refinance back in 07/2007 for the Equity Line of Credit. There are also some additional document from the HELOC application that was processed in 08/2007 showing what the appraised value came in at, this was an AVM and not a Full Appraisal. I am still working on finding additional information for you. I will not be in the office tomorrow but will be working on Saturday if you need to call me. Please call me at 888-493-7266; Optio n#1; Ext: 4415 if you have additional information for me to track down.

Thank you,

Melissa Lowe

Real Estate Servicing

Bus # 888-493-7266; Option #1;Ext:5800

Fax#626-535-1143

mlowe@wescom.org

**EXHIBIT 2-2**

--------- Forwarded message ----------

From: Gary Wise <gw7231@gmail.com>

Date: Wed, Sep 2, 2015 at 4:31 PM

Subject: Fwd: billing

To: christina@centerforchildren.com

Christina,

Forwarding this to you for any attention you and your superiors deem necessary to address.

Gary Wise

---------- Forwarded message ----------

From: Gary Wise <gw7231@gmail.com>

Date: Wed, Sep 2, 2015 at 4:28 PM

Subject: Re: billing

To: Megan Swezea <megan@centerforchildren.com>

193

Megan.

I do feel very strongly that I did not receive even adequate legal representation from your firm. A year long polite letter writing campaign between your firm and opposing legal team did nothing to resolve my case and only benefited both legal teams for billable hours. And the icing on the cake is to bill me for nearly $1100.00 for coping my file and no one checked the correctness of this invoice? Very much a bush league move that lacks professionalism at any level.

Gary Wise

On Wed, Sep 2, 2015 at 4:05 PM, Megan Swezea <megan@centerforchildren.com> wrote:

Gary-

194

I'm sorry you feel that way. In order to ensure your concerns were handled immediately, I instantly forwarded your email to Jess. She quickly corrected the error and sent me notice that it was fixed. I will forward your concerns to our office manager.

I wish you good luck in the future.


Megan Swezea, Esq.

A Center for Children & Family Law, Inc.

1111 W. Chapman Avenue

Orange, CA 92868

Tel: 714-937-1234 ext. 303

Fax: 714-937-1211

From: Gary Wise [mailto:gw7231@gmail.com]

Sent: Wednesday, September 02, 2015 11:42 AM

To: Megan Swezea

Subject: Fwd: billing

195

Megan

See response from your billing department Ms. Saxton. I did contact her to thank her for resolving this billing issue. Since you were not cced on the resolution, I did want you to see the outcome. Just points out why we had so many issues with your services provided. Multiple billing issues resolved in my favor, total lack of progress on resolving my legal issue and ultimately leaving your services.

A true professional would be mortified at sure mistakes and have the decency to send a letter saying this is not how her business should operate. This is a total lack of professionalism as far as I am concerned. And if you do see negative comments on the web about your law practice, I will be happy to claim responsibility for them.

Gary Wise

196

---------- Forwarded message ----------

From: Jess Sexton <Jess@centerforchildren.com>

Date: Wed, Sep 2, 2015 at 9:56 AM

Subject: billing

To: "gw7231@gmail.com" <gw7231@gmail.com>

Mr. Wise,

I received your correspondence regarding your invoice from Ms. Swezea.

I apologize, the charge was in error.  The person who made the charge is no longer with our firm.

I have refunded your card $1,089.90, the balance minus the copy charge.

Attached please find your revised invoice.

Should you have any questions, please don't hesitate to contact me.

Thank you,

Jessica Sexton

Business Manager / Operations Manager

1111 W. Chapman Ave.

Orange, CA 92868

714-937-1234 x 201

714-937-1211 FAX

**EXHIBIT 2-3**

---------- Forwarded message ----------

From: Gary Wise <gw7231@gmail.com>

Date: Tue, Jan 6, 2015 at 1:52 PM

Subject: Re: Recent Activity Near 26632 NACCOME DR

To: Kristen Przeklasa <kristen@centerforchildren.com>

Ok thanks. I just hate to have her hiding assets and then over estimating the home value and attempting to count some of my assets twice. Deck seems to be stacked against me if that happens. Also by waiting, it forces her to spend her money on rent, utilities, renters insurance, food and even paying for her own income tax preparation for the first time in 13 years. She will run out of money before I will.

Gary

199

On Tue, Jan 6, 2015 at 1:16 PM, Kristen Przeklasa <kristen@centerforchildren.com> wrote:

Remember these are just preliminary disclosures. Don't get too caught up in them. They always change and are added to as we go.

She lists 2 separate policy numbers with the Allianz. One on each line.

She lists an ATT retirement with value of 47,852 and an ATT savings plan with value of 35,048. There's no life insurance listed for ATT.


I will let you know if I hear anything further.


Kristen J. Przeklasa, Esq.

A Center for Children and Family Law Inc.

1111 West Chapman Ave.

Orange, CA 92868

Phone: (714) 937-1234 x 302

Fax: (714) 937-1211

From: Gary Wise [mailto:gw7231@gmail.com]

Sent: Tuesday, January 06, 2015 12:23 PM

To: Kristen Przeklasa

Subject: Re: Recent Activity Near 26632 NACCOME DR


The Allianz account she lists as a value of $321,000 and as a value of $376,300 I believe are the same
account and is my account. Early withdrawal prior to 12-6-2013 was $321,000 after 12-6-2013 is
$376,000. It appears that she did not list the ALLIANZ account.

We can wait a while to see if they accept the offer. A cost of $2500 compared to losing the house is a
small fee by comparison. She needs to list the Allianz account, should be near $400,000 that goes along
with her undisclosed AT&T retirement and her undisclosed AT&T life insurance policy of $110,000. Gary

On Tue, Jan 6, 2015 at 11:25 AM, Kristen Przeklasa <kristen@centerforchildren.com> wrote:

We did not receive a response from the attorney on our offer. I'm not too surprised since it was right before the holidays.

We did not receive the doll appraisal but like we mentioned we don't need it until trial if we go to trial.

The Allianz account is listed on the schedule of assets and debts but the supporting documents weren't attached. She lists it as a value of $321,000 and yours as a value of $376,300. Is that the account you're talking about?

At this point we have 3 options.. 1- we wait and see if they respond now that they're back from the holidays. 2- we send a reminder letter saying we haven't heard from them and we need to hear or we're filing. 3- we prepare and file a Request for Order for spousal support, attorney's fees, and doll appraisal and get moving in the not so friendly direction. The cost to do the Request and appear at the hearing I would anticipate being around $2,500.

Let me know your thoughts.


Kristen J. Przeklasa, Esq.

A Center for Children and Family Law Inc.

1111 West Chapman Ave.

Orange, CA 92868

Phone: (714) 937-1234 x 302

Fax: (714) 937-1211

From: Gary Wise [mailto:gw7231@gmail.com]

Sent: Tuesday, January 06, 2015 11:12 AM

To: Kristen Przeklasa

Subject: Fwd: Recent Activity Near 26632 NACCOME DR


Kristen, See attached home sales information for my zipe code 92691. $665,000 for a 4 BR 3 bath is the highest price sold. $675,000 for a 4 BR 3 bath in zipe code 92692 is the highest price sold.

Still waiting to here what the response was for the Dec. 19th communication and the value of the dolls, that missing Allianz account.

Gary Wise

949-586-1385

**EXHIBIT 2-4**

---------- Forwarded message ----------
From: **Kristen Przeklasa** <kristen@centerforchildren.com>
Date: Fri, Dec 5, 2014 at 1:33 PM
Subject: RE: Payment Activity on Mortgage
To: Gary Wise <gw7231@gmail.com>

204

I got your message and emails. I was able to open everything as well. I will review them and get back to you!

Thank you!

 Children & Family Law

Kristen J. Przeklasa, Esq.

A Center for Children and Family Law Inc.

1111 West Chapman Ave.

Orange, CA 92868

Phone: (714) 937-1234 x 302

Fax: (714) 937-1211

88

205

**From:** Gary Wise [mailto:gw7231@gmail.com]
**Sent:** Friday, December 05, 2014 10:37 AM
**To:** Kristen Przeklasa
**Subject:** Fwd: Payment Activity on Mortgage

Please see the attached files for the information that you asked for. I had the WESCOM real estate do
some digging and supply the attached files so there would be no challenges to the information supplied.
Gary Wise 949-586-1385

---------- Forwarded message ----------
From: **Lowe, Melissa** <MLowe@wescom.org>
Date: Fri, Dec 5, 2014 at 10:32 AM
Subject: Payment Activity on Mortgage
To: "gw7231@gmail.com" <gw7231@gmail.com>

206

Good Afternoon,

Attached are the documents you requested in regards to your mortgage payment, please print and
keep for your records. Should you need any additional items, please contact the Real Estate Servicing
Department at 888-4937266: Option #1; Ext: 5800.

Thank you,

Melissa Lowe

Real Estate Servicing

Bus # 888-493-7266: Option #1;Ext:5800

Fax#626-535-1143

mlowe@wescom.org



90

**EXHIBIT 2-5**

---------- Forwarded message ----------

From: Gary Wise <gw7231@gmail.com>

Date: Mon, Nov 24, 2014 at 11:41 AM

Subject: Re: Disclosures

To: Kristen Przeklasa <kristen@centerforchildren.com>

I committed to getting you the appraised evaluation of my home in 2007. See attached from

208

On Mon, Nov 17, 2014 at 8:41 AM, Gary Wise <gw7231@gmail.com> wrote:

Thank you.

209

On Mon, Nov 17, 2014 at 8:40 AM, Kristen Przeklasa <kristen@centerforchildren.com> wrote:

Tomorrow at 1:30.

We will see you then.


Kristen J. Przeklasa, Esq.

A Center for Children and Family Law Inc.

1111 West Chapman Ave.

Orange, CA 92868

Phone: (714) 937-1234 x 302

Fax: (714) 937-1211

2ᴰ

From: Gary Wise [mailto:gw7231@gmail.com]

Sent: Saturday, November 15, 2014 1:17 PM

To: Kristen Przeklasa

Subject: Re: Disclosures


Tuesday at 1:30 works for me. Let me know if that is a confirmed time and date.

Gary

On Fri, Nov 14, 2014 at 10:38 AM, Kristen Przeklasa <kristen@centerforchildren.com> wrote:

Gary-

I think at this point it would be best for you to come and meet with Sheryl to discuss your case and next steps.

Would you be available on Tuesday at 1:30 or Wednesday at 10:30 or 3?

Thanks-

Kristen J. Przeklasa, Esq.

A Center for Children and Family Law Inc.

1111 West Chapman Ave.

Orange, CA 92868

Phone: (714) 937-1234 x 302

Fax: (714) 937-1211

213

From: Gary Wise [mailto:gw7231@gmail.com]

Sent: Thursday, November 13, 2014 5:55 PM

To: Kristen Przeklasa

Subject: Re: Disclosures

Received the packet to review. SEVERAL ISSUES to discuss.

The Lexus is 2004 IS300 and I submitted a CARMAX appraisal of $7,000. Car was in an accident this past February and in not worth more than $7K. My wife failed to list her AT&T life insurance policy that is valued at $110,000. THE DISCLOSURE is MISSING ALL THINGS DOLL RELATED FOR DOLLAR VALUE. I did not see a disclosure from my wife on her ALLIANZ account nor did I see her pension dollar amount listed.

I have to add another debt of $9,300 that was spent to complete the outdoor kitchen add that was started December, 2013.

I have rejoined the 21st century. I purchased an EPSON scanner. fax and copy machine. It is now installed with the proper drivers and hooked up to my 949-586-2385 phone line.

So what is the next thing that I need to do with all of this paperwork?

Gary

On Mon, Nov 10, 2014 at 10:55 AM, Gary Wise <gw7231@gmail.com> wrote:

Really? After working for over 3 weeks and having her attorney write you a letter to get Dr. Tony to put the appraisal on all things related to dolls, all I get is a TBD? THEN SHE HAS NOT COMPLETED THE DISCLOSURE DOCUMENTS!

And I return to my "and now I want blood!".

Gary

On Mon, Nov 10, 2014 at 10:41 AM, Kristen Przeklasa <kristen@centerforchildren.com> wrote:

It'll be in the mail but fyi- the doll amount just says TBD.

215

Kristen J. Przeklasa, Esq.

A Center for Children and Family Law Inc.

1111 West Chapman Ave.

Orange, CA 92868

Phone: (714) 937-1234 x 302

Fax: (714) 937-1211

From: Gary Wise [mailto:gw7231@gmail.com]

Sent: Monday, November 10, 2014 10:20 AM

To: Kristen Przeklasa

Subject: Re: Disclosures

216

Thank you. I am very interested to see her disclosures and the evaluation placed on the dolls. Especially
in view of her $1.1 million dollar income in the 12 years of our marriage and taking into account that she
never contributed to the house payments, property taxes, insurance, home maintenance or income tax
filing.

**Gary**

On Mon, Nov 10, 2014 at 10:06 AM, Kristen Przeklasa <kristen@centerforchildren.com> wrote:

I will mail you her disclosures.

Megan will add to your disclosures the information we learn from her.

Then she will email you and let you know to either stop by to sign them or we can mail them to you for signature.

Kristen J. Przeklasa, Esq.

A Center for Children and Family Law Inc.

1111 West Chapman Ave.

Orange, CA 92868

Phone: (714) 937-1234 x 302

**Fax: (714) 937-1211**

From: Gary Wise [mailto:gw7231@gmail.com]

Sent: Monday, November 10, 2014 10:01 AM

To: Kristen Przeklasa

Subject: Re: Disclosures

2\8

Fine, I can stop by the office and pick up the documents when they are ready. Do you need more input from me? I have a new debt for outdoor kitchen cabinets to complete the project that was started December 2013. Cost of the cabinets and counter tops will be over $9,300.00. I have a 1 year interest free loan with a monthly payment of about $200.00. Total debt to be paid off prior to 1 year for interest free status.

Let me know if you want me to come in to pick up the papers.

Thanks,

**Gary**

On Mon, Nov 10, 2014 at 9:51 AM, Kristen Przeklasa <kristen@centerforchildren.com> wrote:

I know you're angry at the divorce but this isn't something to be angry about. Disclosures are required to be done under the code in 60 days. She did hers and now we're doing ours. It's a good thing.

Kristen J. Przeklasa, Esq.

A Center for Children and Family Law Inc.

1111 West Chapman Ave.

Orange, CA 92868

Phone: (714) 937-1234 x 302

Fax: (714) 937-1211

From: Gary Wise [mailto:gw7231@gmail.com]

Sent: Monday, November 10, 2014 9:48 AM

To: Kristen Przeklasa

Subject: Re: Disclosures

This woman spent over 5 months planning out how to use her sons and their girlfriends to assist her moving out while I was decoyed on a male bonding trip to Las Vegas and now she has finally completed her disclosure statement? I want blood now.

**Gary**

On Mon, Nov 10, 2014 at 9:37 AM, Kristen Przeklasa <kristen@centerforchildren.com> wrote:

Hi Gary

We received Michelle's disclosure documents (asset and debt declaration and income/expense declaration).  We also received a notice from them to comply with the code and prepare our disclosure documents (which we are in the process of doing).

I know you can't open email attachments so I will stick a copy of everything into the mail today.

We will also use her answers to add to our disclosure documents.


Thank you-

Kristen J. Przeklasa, Esq.

A Center for Children and Family Law Inc.

1111 West Chapman Ave.

Orange, CA 92868

Phone: (714) 937-1234 x 302

Fax: (714) 937-1211

**EXHIBIT 2-6**

223

--------- Forwarded message ---------

From: Megan Swezea <megan@centerforchildren.com>

Date: Thu, Aug 21, 2014 at 9:31 AM

Subject: RE: Documents for your Review and Signature

To: Gary Wise <gw7231@gmail.com>

Cc: Kristen Przeklasa <kristen@centerforchildren.com>

Gary,

Also, the longer length of marriage will allow for a possible longer spousal support request. Since we are asking for Michele to pay spousal support, it will be in your favor for the length of marriage to be until July. It is only a few months difference. It is ultimately up to you as to which date you believe the marriage was over. Please tell me what you wish to do and I will have the paperwork reflect that.

As a reminder, we still have not heard from her attorney regarding our letter. We can wait until Monday to file in hopes from hearing from her attorney today or tomorrow. It is up to you.

Thank you,

Megan Swezea, Esq.

A Center for Children & Family Law, Inc.

1111 W. Chapman Avenue

Orange, CA 92868

Tel: 714-937-1234 ext. 303

Fax: 714-937-1211

From: Gary Wise [mailto:gw7231@gmail.com]

Sent: Thursday, August 21, 2014 8:57 AM

To: Megan Swezea

Subject: Re: Documents for your Review and Signature

Megan,

I believe Michele put the date of 4/22/14 as the date of the e mail she referenced from the site that went out from me. As far as the name, Michele Winters, I have no knowledge of her ever using that name before.

I will be in the office by 10:30 today to sign paperwork.

Gary